**EXHIBIT B**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

Cote, J

IN RE WORLDCOM, INC. SECURITIES : MASTER FILE NO. 02 Civ. 3288 (DLC)
LITIGATION :

This Document Relates to: :

ADCOCK, et al. v. EBBERS, et al., :
05 Civ. 7432 (DLC) :

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

## STIPULATION OF DISMISSAL WITH PREJUDICE

The undersigned parties, by and through their respective counsel, hereby stipulate and agree, that all claims asserted by or which could have been asserted by the plaintiffs in the above-captioned action against Bernard J. Ebbers, Scott D. Sullivan, David F. Myers, Bufford Yates, Jr., John Sidgmore, James C. Allen, Judith Areen, Max E. Bobbott, Francisco Galesi, Stiles A. Kellett, Jr., Arthur Anderson, L.L.P., Anderson UK, Anderson Worldwide SC, Mark Schoppet, Melvin Dick, Salomon Smith Barney, Inc. (incorrectly named Salomon Smithy Barney, Inc. in the First Amended Complaint) n/k/a/ Citigroup Global Markets Inc., Citigroup Inc., Jack Grubman, Sanford Weill, J.P. Morgan Chase & Co., J.P. Morgan Securities Inc., Bank of America Corp., Bank of America Securities, LLC, ABN Amro Inc., Deutche Bank AG, Deutsche Bank, Alex Brown, Inc., John Does 1-20, Lehman Brothers, Inc., Credit Suisse First Boston, LLC, Goldman Sachs & Co., UBS Warburg, LLC, Mitsubishi Securities International, PLC, BNP Paribas Securities, Corp., Mizuho International, Westlab AG, Caboto Holding SIM S.P.A., Utendahl Capital, Blaylock Partners, The Estate of John W. Sidgmore, and Fleet Securities, Inc. are dismissed with prejudice and without costs.

So ordered.
Denise Cote
February 26, 2008

**EXHIBIT B**

Dated: February 21, 2008

By: _/s/ ESL_____
Brad S. Karp (BK 3702)
Eric S. Goldstein (EG 1034)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064

*Counsel for Citigroup Inc., Citigroup Global Markets Inc. (f/k/a Salomon Smith Barney Inc.), Sanford Weill and Jack B. Grubman*

By: _/s/ Michael Pond_____

Michael G. Pond
POND GADOW & TYLER
502 South President Street
Jackson, Mississippi 39201

*Counsel for Settling Plaintiffs*

SO ORDERED:

February ____, 2008

_____
Denise Cote
United States District Judge