```
                                        ┌─────────────────────────────┐
                                        │ USDC SDNY                   │
                                        │ DOCUMENT                    │
                                        │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT            │ DOC #: _____    │
SOUTHERN DISTRICT OF NEW YORK           │ DATE FILED:  7/29/09        │
                                        └─────────────────────────────┘
```

------------------------------------------X
                                          :
IN RE WORLDCOM, INC. SECURITIES           :        02 Civ. 3288 (DLC)
LITIGATION                                :
                                          :              ORDER
------------------------------------------X

DENISE COTE, District Judge:

This Order addresses an objection raised by Bruce and Louise Barber to the rejection of their claim in the WorldCom Securities Litigation. Further information is necessary to evaluate this objection.

A request for exclusion dated July 23, 2004, was received by the Garden City Group ("GCG"), the Administrator for the plaintiff class in the WorldCom Securities Litigation. In handwriting, the request indicates that the contact information was for "E. Bruce Barber & Louise J. Barber, 6800 W. Raven Street, Ste. 310, Chicago, Il 60631-2528." The telephone number was given as "312-786-9300." The signature is illegible, but is followed by the phrase "attorney of record." The request came in an envelope from the Law Offices of Sandor L. Grossman, Ltd. in Chicago, Illinois. The envelope is postmarked August 18, 2004.

When GCG advised the Barbers of the reason for the decision to reject their claim, it explained that while a proof of claim had been filed in February 2005, "a valid request for exclusion

was submitted by the law offices of Sandra L. Grossman in July 2004." On May 1, 2009, E. Bruce Barber and Louise Joy Barber, of 6800 W. Raven St. No. 310, Chicago, Il 60631, objected that "a valid request for exclusion was never submitted" for them. They add that they never signed any claim for exclusion and represent that they "have never heard of Sandra L. Grossman, Esq."

GCG incorrectly referred to Sandor Grossman as "Sandra" Grossman in explaining the reasons for rejecting the Barbers' claim. It is hereby

ORDERED that Lead Counsel for the class shall contact the Barbers to determine whether they contend that they did not authorize Sandor Grossman to opt-out of the class on their behalf. If the Barbers deny giving such authorization, Lead Counsel shall request an explanation from Mr. Grossman for the submission of the exclusion request on behalf of the Barbers.

IT IS FURTHER ORDERED that Lead Counsel shall file a report on this matter by September 11, 2009, with copies to the Barbers, Mr. Grossman, and GCG.

IT IS FURTHER ORDERED that the Barbers may respond in writing to the September 11, 2009 report by writing to this

Court no later than September 25, 2009.


        SO ORDERED:

Dated:      New York, New York
            July 28, 2009

                                    _____
                                         DENISE COTE
                                    United States District Judge

**Copies Sent To:**

**E. Bruce and Louise Joy Barber**
6800 W. Raven Street
Number 310
Chicago, IL 60631

**John Patrick Coffey**
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas
New York, NY 10019

**Shandarese Garr**
The Garden City Group, Inc.
105 Maxess Road
Melville, New York 11747

**Jeffrey Golan**
Barrack, Rodos & Bacine
2001 Market Street
3300 Commerce Square
Philadelphia, PA 19103