```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
IN RE WORLDCOM, INC. SECURITIES          :
LITIGATION                               :      02cv3288 (DLC)
                                         :
                                         :      ORDER
                                         :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 6/10/16

DENISE COTE, District Judge:

On June 6, 2016, the Court received a letter dated May 30, from Betty Hicks regarding a possible claim in the above-captioned matter. The Court has sent a copy of this correspondence to class counsel. The Court requests that class counsel respond to Ms. Hick's letter of May 30 with a copy to the Court.

Dated:   New York, New York
         June 10, 2016

                                    _____
                                              DENISE COTE
                                       United States District Judge